UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINESH SINGH, | Case No. 2:23-cv-00800-MCE-JDP |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| ROCKET MORTGAGE, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive, | |
| Defendant. | |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby ORDERED that the Defendant Equifax Information Services LLC shall have up to and including June 9, 2023 in which to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  May 23, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE