Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINESH SINGH, | Case No.: 2:23-cv-00800-MCE-JDP |
| Plaintiff, | **Order for Dismissal of Equifax Information Services, LLC Only** |
| v. | |
| ROCKET MORTGAGE, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the action against Defendant Equifax Information Services, LLC only is dismissed with prejudice. This dismissal does not apply to the other defendants.

IT IS SO ORDERED.

Dated: July 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE