Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINESH SINGH, | Case No.: 2:23-cv-00800-MCE-JDP |
| Plaintiff, | **Order for Dismissal of Experian Information Solutions, Inc. Only** |
| v. | |
| ROCKET MORTGAGE, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties this court dismissed this action with prejudice as to Defendant Experian Information Solutions, Inc. only. Each party to bear its own fees and costs. This dismissal does not apply to the other named defendants in the action.

IT IS SO ORDERED.

Dated:  February 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE